THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Maureen
 Blackwell and Walter L. Blackwell, III,  #2 Appellants,
 v.
 Janis Birket,
 Jeromy Birket and Does 1 through 20,  Defendants,
 Of Whom Janis
 Birket and Jeromy Birket are the Respondents.
 
 
 

Appeal From Richland County
 Leslie K. Riddle, Family Court Judge
Unpublished Opinion No.  2010-UP-340  
Submitted June 1, 2010  Filed June 29,
 2010
AFFIRMED

 
 
 
 Maureen Blackwell and Walter L. Blackwell, III, both pro se, of
 Columbia, for Appellants.
 Joseph M. McCulloch, Jr., of Columbia, for Respondents.
 
 
 

PER CURIAM: Following
 the circuit court's dismissal of Walter L. Blackwell, III and Maureen Blackwell's
 (collectively the Blackwells) complaint, the Blackwells filed an almost
 identical complaint in family court.  The Blackwells appeal from the family
 court's order finding it lacked jurisdiction over their complaint and awarding
 Janis and Jeromy Birket $2,500 in attorney's fees.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As
 to the Blackwells' jurisdictional arguments: See Blackwell v. Birket, 2010-UP-330 (Ct. App. Filed June
 29, 2010) (finding the circuit court had jurisdiction over the complaint
 filed by the Blackwells).  
2.  As to whether the family court erred in finding the Blackwells were required to wait to file
 their complaint in family court until after this court issued an opinion in Blackwell: In
 re McCracken, 346 S.C. 87, 93, 551
 S.E.2d 235, 239 (2001) ("A bald assertion, without supporting argument,
 does not preserve an issue for appeal.").     
3.  As to whether the family court erred in instructing the
 Blackwells to pay $2,500 in attorney's fees:  ML-Lee Acquisition Fund, L.P. v. Deloitte & Touche, 327 S.C. 238, 241, 489 S.E.2d 470, 472 (1997) (stating
 an unappealed ruling, right or wrong, is the law of the case).[2]
AFFIRMED.
KONDUROS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.
[2] The Blackwells only appealed the award of attorney's
 fees pursuant to South Carolina's Frivolous Proceedings Act (the Act); however,
 Janis and Jeromy Birket requested attorney's fees pursuant to both the Act and
 Rule 11, SCRCP.